DAVE RICHARD MERCHANT
609 SILVER CV
PEARL, MS 39208

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO, CA 94108

BMG MONEY
ATTN: BANKRUPTCY
444 BRICKELL AVE
STE 250
MIAMI, FL 33131

CASHAPP
1955 BROADWAY, SUITE 6
OAKLAND, CA 94612

CHIME
ATTN: BANKRUPTCY
101 CALIFORNIA ST
STE 500
SAN FRANCISCO, CA 94111

CHIMEFINAL
ATTN: BANKRUPTCY
PO BOX 417
SAN FRANCISCO, CA 94104

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

HUNTINGTON
555 CLEVELAND AVE
COLUMBUS, OH 43231

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

JACOB LAW GROUP
2623 WEST OXFORD LOOP
OXFORD, MS 38655

JIMMIE MERCHANT
3026 OVERSTREET AVE
JACKSON, MS 39213

KASHABLE LLC
ATTN: BANKRUPTCY DEPT
489 5TH AVE
NEW YORK, NY 10017

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MAGNOLIA FEDERAL CU
ATTN: BANKRUPTCY
240 BRIARWOOD DR.
JACKSON, MS 39206

MARISSA SCRUGGS
301 PRUENBURG PKWY
JACKSON, MS 39206

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DR
CHESTERFIELD, MO 63005

NAVY FCU
PO BOX 3700
MERRIFIELD, VA 22119

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001