**SO ORDERED,**

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: November 18, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** | **CHAPTER 13 NO.:**

**DAVE RICHARD MERCHANT** | **26 – 02475 – JAW**

## AGREED ORDER

THIS CAUSE came before this Honorable Court on the Trustee's Objection to Confirmation [DK #19]; and the parties agree as follows:

THAT, the Trustee's Objection to Confirmation is hereby withdrawn.

THAT, beginning March 1, 2029, the Debtor shall pay an additional $125.00 monthly to timely filed unsecured creditors.

THAT, the Debtor's wage order shall be amended as necessary at that time.

##END OF ORDER##

AGREED:

/s/Justin B. Jones
JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

/s/Thomas C. Rollins, Jr.
THOMAS C. ROLLINS JR.
ATTORNEY FOR DEBTOR