**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 23, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: DAVE RICHARD MERCHANT

Case No. 26-02475-JAW
Chapter 13 Proceedings

**AGREED ORDER ON GULFCO OF MISSISSIPPI, LLC, DOING BUSINESS AS TOWER LOAN OF BRANDON'S OBJECTION TO CONFIRMATION (#14)**

The Court is advised that the parties have settled the matter of TOWER'S OBJECTION TO CONFIRMATION (#14) and agree that this Objection should be overruled. The Court finds that the agreement of the parties should be incorporated into this Order.

**The claim of Tower Loan filed in the amount of $4,185.75 shall be treated as follows:**

**Secured:** That **$500.00** shall be paid through the Plan together with interest at the annual till rate of 8.50% over the life of the Plan.

**Unsecured:** That the remaining balance of the claim of **$3,685.75** shall be allowed as a unsecured claim to be treated pursuant to Section 5.1 of the Plan.

[Continues To Next Page]

Therefore, it is Ordered and Adjudged that TOWER'S OBJECTION TO CONFIRMATION (#14) is overruled. The agreement of the parties as expressed herein is hereby adopted by the Court.

##END OF ORDER##

Agreed:

/s/ Joseph T. McDaniel
Prepared By:
Joseph T. McDaniel
MSB#: 106499
Gulfco of Mississippi, LLC
P.O. Box 320001
Flowood, MS 39232

/s/ Thomas Carl Rollins, Jr
Thomas Carl Rollins, Jr
For the Debtor
MSB#: 103469
trollins@therollinsfirm.com
P.O. BOX 13767
Jackson, MS 39236

/s/ Justin B. Jones OBO
Harold J. Barkley, Jr.
For the Trustee
jjones@hbarkley13.com
P.O. Box 20821
Jackson, MS 39289