United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-02475-JAW
Dave Richard Merchant Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 1
Date Rcvd: Nov 23, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dave Richard Merchant, 609 Silver Cv, Pearl, MS 39208-5003 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Joseph Todd McDaniel | on behalf of Creditor Gulfco of Mississippi LLC, d/b/a Tower Loan of Brandon jmcdaniel@towerloan.com, srmott@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Dave Richard Merchant trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 23, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: DAVE RICHARD MERCHANT

Case No. 26-02475-JAW
Chapter 13 Proceedings

**AGREED ORDER ON GULFCO OF MISSISSIPPI, LLC, DOING BUSINESS AS TOWER LOAN OF BRANDON'S OBJECTION TO CONFIRMATION (#14)**

The Court is advised that the parties have settled the matter of TOWER'S OBJECTION TO CONFIRMATION (#14) and agree that this Objection should be overruled. The Court finds that the agreement of the parties should be incorporated into this Order.

**The claim of Tower Loan filed in the amount of $4,185.75 shall be treated as follows:**

**Secured:** That **$500.00** shall be paid through the Plan together with interest at the annual till rate of 8.50% over the life of the Plan.

**Unsecured:** That the remaining balance of the claim of **$3,685.75** shall be allowed as a unsecured claim to be treated pursuant to Section 5.1 of the Plan.

[Continues To Next Page]

Therefore, it is Ordered and Adjudged that TOWER'S OBJECTION TO CONFIRMATION (#14) is overruled. The agreement of the parties as expressed herein is hereby adopted by the Court.

##END OF ORDER##

Agreed:

/s/ Joseph T. McDaniel
Prepared By:
Joseph T. McDaniel
MSB#: 106499
Gulfco of Mississippi, LLC
P.O. Box 320001
Flowood, MS 39232

/s/ Thomas Carl Rollins, Jr
Thomas Carl Rollins, Jr
For the Debtor
MSB#: 103469
trollins@therollinsfirm.com
P.O. BOX 13767
Jackson, MS 39236

/s/ Justin B. Jones OBO
Harold J. Barkley, Jr.
For the Trustee
jjones@hbarkley13.com
P.O. Box 20821
Jackson, MS 39289